THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK M. THOMPSON

      Plaintiff,

v.                          3:17-CV-00040
                           (JUDGE MARIANI)

BRIDON-AMERICAN CORPORATION

      Defendant.

FILED
SCRANTON

FEB 2 3 2017

PER _____ DEPUTY CLERK

## ORDER

AND NOW, THIS 23RD DAY OF FEBRUARY, 2017, upon consideration of Plaintiff's second Motion to Amend Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) (Doc. 15) and Defendant's concurrence therein, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion (Doc. 15) is **GRANTED**. Plaintiff shall file the Amended Complaint attached to his Motion, as a separate document on the docket, within **3 days** of the date of this Order.

2. Plaintiff's first Motion to Amend Complaint Pursuant to Federal Rule of Civil Procedure 15(a)(2) (Doc. 8) is **DISMISSED AS MOOT**.

3. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 6) is **DISMISSED AS MOOT**.

_____
Robert D. Mariani
United States District Judge