# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK M. THOMPSON | : | |
| Plaintiff, | : | |
| v. | : | 3:17-CV-40 |
| | : | (JUDGE MARIANI) |
| BRIDON-AMERICAN CORPORATION | : | |
| Defendant. | : | |

## ORDER

AND NOW, THIS 27th DAY OF MARCH, 2019, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 56), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 56) is **ADOPTED** for the reasons stated therein as well as those set forth in this Court's memorandum opinion.

2. Plaintiff's Objections (Docs. 57, 58) are **OVERRULED** for the reasons set forth in the accompanying memorandum opinion.

3. Defendant Bridon-American Corporation's Motion for Summary Judgment (Doc. 38) is **GRANTED**.

4. Judgment is hereby entered **IN FAVOR** of Defendant Bridon-American Corporation and **AGAINST** Plaintiff Mark M. Thompson.

5. The Clerk of the Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge